UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TAYJHA ALFRED** | **CASE NO. 6:24-CV-00274** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BO DUHE ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Before the Court are three related discovery motions. (Rec. Doc. 72; 79; 91). Having considered the parties' briefs and arguments, and as discussed on the record on July 29, 2025, and in the Memorandum Ruling filed herewith,

IT IS ORDERED that Defendant's Motion to Quash, or Alternatively Modify Subpoenas (Rec. Doc. 72) and Motion for Protective Relief (Rec. Doc. 91) are DENIED. Non-parties, Sheriff Thomas Romero, Iberia Parish Criminal Justice Facility, and Louisiana State Police, shall provide responses to the subpoenas duces tecum to Defendant's counsel by August 12, 2025. Defendant's counsel shall review the documents for any privileged documents and shall produce the non-privileged documents to Plaintiff's counsel by August 19, 2025. For any documents withheld on the grounds of privilege, Defendant's counsel shall provide a privilege log in accordance with F.R.C.P. Rule 26(b)(5).

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel (Rec. Doc. 79) is GRANTED IN PART AND DENIED IN PART. Defendant shall conduct an additional search of electronically stored information for any documents found discoverable as set forth in the Memorandum Ruling filed herewith. Defendant shall provide supplemental responses to Plaintiff's discovery by August 22, 2025. Supplemental responses shall include a verification of counsel describing search efforts and identifying all search terms and/or phrases.

IT IS FURTHER ORDERED that, given the ongoing discovery disputes, the following deadlines are extended:

| | |
|---|---|
| Plaintiff's deadline to provide expert reports/info | October 3, 2025 |
| Defendant's deadline to provide expert reports/info | November 3, 2025 |
| Discovery Deadline | December 3, 2025 |
| Daubert and Dispositive Motion Deadline | December 15, 2025 |

Signed at Lafayette, Louisiana on this 31st day of July, 2025.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE